1
2
3   FILED
    CLERK, U.S. DISTRICT COURT
    APR - 7 2023
4   CENTRAL DISTRICT OF CALIFORNIA
    EASTERN DIVISION          BY DEPUTY
5
6
7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10
11   UNITED STATES OF AMERICA,      )   Case No.: 5:21-CR-00186-JGB
                                    )
                        Plaintiff,  )   ORDER OF DETENTION PENDING
12                                  )   FURTHER REVOCATION
              v.                    )   PROCEEDINGS
13                                  )   (FED. R. CRIM. P. 32.1(a)(6); 18
     George Lopez-Valdez,           )   U.S.C. § 3143(a)(1))
14                                  )
                        Defendant.  )
15   _____ )

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Central___ District of

18   __California__ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (X)   The defendant has not met his/her burden of establishing by clear and

23           convincing evidence that he/she is not likely to flee if released under 18

24           U.S.C. § 3142(b) or (c).  This finding is based on the following:

25           (X)   information in the Pretrial Services Report and Recommendation

26           (X)   information in the violation petition and report(s)

27           ( )   the defendant's nonobjection to detention at this time

28           ( )   other: _____

                                      1

1        and/ or

2    B. (X)   The defendant has not met his/her burden of establishing by clear and

3              convincing evidence that he/she is not likely to pose a danger to the safety

4              of any other person or the community if released under 18 U.S.C.

5              § 3142(b) or (c).  This finding is based on the following:

6              (X)   information in the Pretrial Services Report and Recommendation

7              (X)   information in the violation petition and report(s)

8              ( )   the defendant's nonobjection to detention at this time

9              ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  April 7, 2023                    _____

15                                            SHERI PYM
                                             United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28